BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JIMMY GIL, et al,<br><br>            Defendants. | CASE NO. 1:14-CR-000183-DAD<br><br>GOVERNMENT'S MOTION TO DISMISS; ORDER OF DISMISSAL |

On August 21, 2014, a criminal complaint was filed in the above-captioned matter. At his initial appearance, U.S. Magistrate Judge Jennifer L. Thurston ordered the release of defendant JIMMY GIL and the government appealed in the above-captioned matter then assigned to Senior District Judge Anthony W. Ishii.

Meanwhile, on September 4, 2014, the grand jury returned an indictment charging the above-named defendants with drug and immigration offenses. That matter was assigned Case No. 1:14-CR-000196 LJO. U.S. District Judge Lawrence J. O'Neill considered the government's appeal of GIL's release order and revoked the order under Case No. 1:14-CR-000196 LJO. The defendant appealed the matter to the Ninth Circuit, which affirmed Judge O'Neill's revocation order.

The criminal matter was subsequently resolved before Judge O'Neill via guilty pleas to charges contained in the indictment. All defendants have been sentenced and the case under 1:14-CR-000196 LJO was terminated.

The above-captioned matter was not, however, terminated. Accordingly, the United States hereby moves to dismiss the complaint filed in the above-captioned matter and to terminate this case.

Dated: December 11, 2015    BENJAMIN B. WAGNER
United States Attorney

By: */s/ KAREN A. ESCOBAR*
KAREN A. ESCOBAR
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated:   **December 11, 2015**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE